JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHNYA LEIGH ELSASS,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner<br>of Social Security,<br><br>    Defendant. | Case No. 5:18-cv-00654-MAA<br><br><br>**JUDGMENT** |

  In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED: July 2, 2019

            _____
            MARIA A. AUDERO
            UNITED STATES MAGISTRATE JUDGE